# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| NEALON LIVERPOOL, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:08CV00067 |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| TERRY O'BRIEN, ET AL., | ) By: James P. Jones |
| | ) Chief United States District Judge |
| Defendants. | ) |

For the reasons stated in the Opinion accompanying this Judgment, it is **ADJUDGED AND ORDERED** as follows:

1. The objections to the report and recommendations of the magistrate judge are OVERRULED;

2. The report and recommendations of the magistrate judge are ACCEPTED;

3. The Motion for Leave to File an Amended Complaint (DE 51) is GRANTED and the defendants Terry O'Brien and John Does 1-10 are terminated from the case;

4. The Motion for Summary Judgment by the United States of America (DE 16) is GRANTED;

5. Judgment is entered in favor of the defendant United States of America; and

6. The clerk will close the case.

ENTER: March 18, 2010

/s/ JAMES P. JONES
Chief United States District Judge